■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMUALDO RIVERA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 7, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Lane, Markewich and Silverman, JJ.

■ In the Matter of EILEEN WARNER, Appellant, v TEACHERS RETIREMENT BOARD OF THE CITY OF NEW YORK et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on September 13, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term, without costs and without disbursements. Concur—Evans, J. P., Sandler, Sullivan, Lane and Silverman, JJ.